*E-Filed   1/27/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONNIE SUE REDMAN,<br><br>          Plaintiff,<br>     v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC,<br><br>          Defendant.<br>_____/ | No. C 09-05046 RS<br><br>**STAND-BY ORDER TO SHOW CAUSE** |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **April 1, 2010.**  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 8, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse at 450 Golden Gate Avenue, San Francisco** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated:   1/27/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-05046 RS
STANDBY ORDER TO SHOW CAUSE

2